**92–273.** State v. Cochran. *Richland County,* No. CA–2870. On motion for leave to file *amicus* of American Civil Liberties Union of Ohio Foundation. Motion denied.

**92–286.** Hecht v. Levin. *Cuyahoga County,* Nos. 59445 and 59496. On motion to disqualify counsel. Motion denied.

DOUGLAS, J., would refer the matter to the Cuyahoga County Bar Association for a recommendation.

WRIGHT, J., would grant the motion.

**92–347.** State, ex rel. Southside Medical Ctr., v. Bannon. In Prohibition. On motion to dismiss and on motion for alternative writ. Motion to dismiss overruled and motion for alternative writ granted.

DOUGLAS and RESNICK, JJ., dissent.

**92–361.** Butler Cty. Bd. of Mental Retardation & Developmental Disabilities v. State Emp. Relations Bd. *Franklin County,* No. 91AP–802. On motion to consolidate with 92–650, *Butler Cty. Bd. of Mental Retardation & Developmental Disabilities v. State Emp. Relations Bd.,* Franklin County, No. 91AP–802. Motion granted.

**92–453.** Stelma v. Juguilon. *Cuyahoga County,* Nos. 60584, 60600 and 60645. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–467.** State v. Webb. *Cuyahoga County,* No. 59544. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–611.** State v. Jenkins. *Cuyahoga County,* No. 59737. On motion for leave to amend memorandum in support. Motion granted.

HOLMES, J., dissents.

**92–618.** Klaben v. Tracy. *Franklin County,* No. 91AP–689. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–638.** State v. Aleman. *Cuyahoga County,* No. 32593. On motion for leave to file delayed appeal and on motion to dispense with appendix requirements. Motions denied.

**92–641.** State v. Shorter. *Montgomery County,* No. CA 12292. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**92–659.** State v. Hunter. *Cuyahoga County,* No. 59688. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

**92–699.** State v. Battista. *Stark County,* No. CA–8612. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.